UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT ICEBERG, an individual,<br><br>                    Plaintiff,<br><br>           v.<br><br>WALMART INC., a Delaware corporation,<br><br>                    Defendant. | No. 2:26-cv-00142-TL<br><br>**STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Note on Motion Calendar:<br>January 16, 2026 |

Plaintiff Scott Iceberg and defendant Walmart Inc. (Walmart and together, the Parties), hereby stipulate and agree, subject to the Court's approval, as follows:

1.      Plaintiff Scott Iceberg served Walmart with the Complaint in this lawsuit on December 16, 2025, commencing this action under Wash. Super. Ct. Civ. R. 3(a).

2.      On January 15, 2026, Walmart removed the action to this Court pursuant to 28 U.S.C. § 1332(a), making Walmart's deadline to respond to the Complaint January 22, 2026 or within seven days after filing the Notice of Removal.  Fed. R. Civ. P. 81(c)(2).

3.      On December 31, 2025, the Parties conferred via email, and Mr. Iceberg agreed to extend Walmart's time to respond to the Complaint to January 29, 2026.  After Walmart removed this action to this Court, Mr. Iceberg confirmed his agreement to an extension of Walmart's deadline to respond to the Complaint to January 29, 2026 and agreed to this Stipulated Motion.

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
TO EXTEND TIME TO RESPOND TO COMPLAINT - 1
No. 2:26-cv-00142-TL

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

4. The Parties agree that good cause exists to extend Walmart's time to answer or otherwise respond to the Complaint to January 29, 2026. The requested extension will allow Walmart to investigate and properly respond to Complaint.

The Parties therefore stipulate and agree that the deadline for Walmart to respond to the Complaint should be extended to January 29, 2026.

IT IS SO STIPULATED.

DATED this 16th day of January, 2026.

| | |
|---|---|
| By: */s/ Scott Iceberg* <br> Scott Iceberg <br> P.O. Box 27 <br> Orcas, WA 98280 <br> Email: scotticeberg@yahoo.com <br> Tel: (360) 333-2179 <br><br> ***Pro Se Plaintiff*** | DAVIS WRIGHT TREMAINE LLP <br><br> By: */s/ Jacob M. Harper* <br> Jacob M. Harper (admitted *pro hac vice*) <br> Daniel H. Leigh (admitted *pro hac vice*) <br> 350 South Grand Avenue, 27th Floor <br> Los Angeles, CA 90071 <br> Tel: (213) 633-6800 <br> Fax: (213) 633-6899 <br> Email: JHarper@dwt.com <br> Email: DanielLeigh@dwt.com <br><br> By: */s/ Ian Harris* <br> Ian Harris, WSBA #50339 <br> 920 Fifth Avenue, Suite 3300 <br> Seattle, WA 98104-1610 <br> Tel: (206) 622-3150 <br> Fax: (206) 757-7700 <br> Email: IanHarris@dwt.com <br><br> ***Attorneys for Defendant Walmart Inc.*** |

STIPULATED MOTION AND [~~PROPOSE~~D] ORDER
TO EXTEND TIME TO RESPOND TO COMPLAINT - 2
No. 2:26-cv-00142-TL

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# [~~PROPOSED~~] ORDER

For good cause shown, the Court GRANTS the Parties' stipulated motion and hereby extends the time for defendant Walmart Inc. to answer or otherwise respond to the Complaint to January 29, 2026.

IT IS SO ORDERED this <u>16th</u> day of January, 2026.

_____
Hon. Tana Lin
United States District Judge

*Presented by:*

DAVIS WRIGHT TREMAINE LLP

By: <u>*/s/ Jacob M. Harper*</u>_____
Jacob M. Harper (admitted *pro hac vice*)
Daniel H. Leigh (admitted *pro hac vice*)
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone:  (213) 633-6800
Facsimile:  (213) 633-6899
Email:  JHarper@dwt.com
Email:  DanielLeigh@dwt.com

By: <u>*s/ Ian Harris*</u>_____
Ian Harris, WSBA #50339
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Tel: 206.622.3150
Fax: 206.757.7700
IanHarris@dwt.com

*Attorneys for Defendant Walmart Inc.*

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
TO EXTEND TIME TO RESPOND TO COMPLAINT - 3
No. 2:26-cv-00142-TL

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 350 S. Grand Avenue, 27th Floor, Los Angeles CA 90071.

On January 16, 2026, I served the document described as "**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**" upon the interested parties in this action addressed as follows:

| | |
|---|---|
| Scott Iceberg<br>PO Box 27<br>Orcas, WA 98280<br>Emails: scotticeberg@yahoo.com | *Scott Iceberg*<br>*Pro Se* |

__X__ (VIA U.S. MAIL) I caused the documents to be placed in envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

__X__ (VIA EMAIL) By forwarding a portable document file to the electronic mail address(es) below from electronic mail address annajimenez@dwt.com.

__X__ Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 16, 2026, Los Angeles, California.

_____
ANNA JIMENEZ

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
TO EXTEND TIME TO RESPOND TO COMPLAINT - 4
No. 2:26-cv-00142-TL

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax