UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT FRANCIS ICEBERG,

Plaintiff,

v.

WALMART INC,

Defendant.

CASE NO. 2:26-cv-00142-TL

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1)    This Minute Order addresses the "Second Amended Complaint" ("SAC") filed by Plaintiff on March 9, 2026. Dkt. No. 27.

(2)    Federal Rule of Civil Procedure 15(a)(1) allows a Plaintiff to amend a complaint "once as a matter of course" within 21 days of serving it or within 21 days after service of a responsive pleading or motion to dismiss.

(3)    Plaintiff has already amended the complaint once as a matter of course. *See* Dkt. No. 21 (First Amended Complaint ("FAC")). Any further amendments at this stage must be made under Federal Rule of Civil Procedure 15(a)(2), which requires either leave of the Court or Defendant's written consent.

MINUTE ORDER – 1

(4)     Plaintiff neither sought nor received leave of the Court to file the SAC, and the record contains no indication that Defendant has consented to its filing. Therefore, the Court hereby STRIKES the SAC (Dkt. No. 27) as an unauthorized filing. The FAC (Dkt. No. 21) remains the operative complaint in this matter.

(5)     If Plaintiff wishes to further amend his complaint, he must either file it with Defendant's written consent as set forth in Local Civil Rule 15(b) or file a motion for leave to amend as set forth in Local Civil Rule 15(a).

(6)     Defendant moved to dismiss the FAC on February 23, 2026. Dkt. No. 23. Plaintiff is ADVISED that his deadline to respond to this motion remains March 16, 2026. *See* LCR 7(d)(4).

Dated this 12th day of March, 2026.


Joshua C. Lewis
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER – 2